## 45931. KIRKLAND v. THE STATE.

JORDAN, Presiding Judge. This is an appeal from the judgment of conviction and sentence on two counts for selling heroin. The sole enumeration is: "That the court erred in convicting Willie Smith for violating Section 79A-803 [Uniform Narcotic Drug Act, Ga. L. 1967, pp. 296, 328; *Code Ann.* § 79A-803], on indictments by the State." This enumeration is without merit for any reason argued and insisted upon.

*Judgment affirmed. Quillian and Evans, JJ., concur.*

SUBMITTED FEBRUARY 2, 1971—DECIDED FEBRUARY 5, 1971.

B. *Clarence Mayfield,* for appellant.

*Andrew J. Ryan, Jr., District Attorney, Andrew J. Ryan, III, Edward M. Buttimer,* for appellee.